**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    No. 4:08CR00230-02 JLH

SHARRODERICK DUNN                                                                           DEFENDANT

## ORDER

A notice of hearing was entered on June 25, 2009, setting sentencing for defendant Sharroderick Dunn for Monday, July 13, 2009, at 2:15 p.m. Counsel for the government and the United States Probation Officer were present on this date for the hearing. Neither Mr. Dunn, nor his attorney John Stratford, appeared for the hearing. The probation officer contacted defendant, who indicated that he was unaware of the hearing. Mr. Stratford was unable to be reached.

IT IS THEREFORE ORDERED that sentencing for defendant Sharroderick Dunn is hereby rescheduled for ***MONDAY, JULY 20, 2009, at 9:00 a.m.***, in Courtroom 4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The probation officer is directed to notify defendant of the new sentencing date. The Clerk is instructed to mail a copy of this order to Mr. Stratford via U.S. Mail, in addition to the CM/ECF notification.

IT IS SO ORDERED this 13th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE